IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LARRY PHILPOT                                          :
12527 Winding Creek Lane
Indianapolis, IN 46236                              :
                           Plaintiff,
           v.                              :         Case No. 17-1491

WORLDNETDAILY.COM, INC.                      :
2020 Pennsylvania Ave. NW, #351
Washington, D.C. 20006                           :
                           Defendant.
                                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## COMPLAINT

Plaintiff Larry Philpot ("Philpot"), by his undersigned counsel, for his complaint against defendant WorldNetDaily.com, Inc. ("WND"), alleges:

### Nature of the Action

1.     Philpot is bringing this copyright infringement action to obtain damages resulting from the unauthorized copying and public display of Philpot's photograph of singer, songwriter Tom Petty (the "Photograph") for which Philpot owns the copyright (the "Copyright").

### Jurisdiction and Venue

2.     This Court has subject matter jurisdiction over the claims asserted in this action pursuant to 28 U.S.C. § 1331 and § 1338(a) because they arise under the Copyright Act, 17 U.S.C. § 101 *et seq.*

3.     Venue is proper in this District pursuant to 28 U.S.C. § 1400(a) because WND has its principal place of business in this District.

4.      The Court has personal jurisdiction over WND because it has its principal place of business in this District.

The Parties to this Action

5.      Philpot is a natural person having a place of business at 12527 Winding Creek Lane, Indianapolis, Indiana 46236.  Philpot is a professional music photojournalist.

6.      Upon information and belief, WND is a corporation organized and existing under the laws of the State of Delaware, with its principal places of business at 2020 Pennsylvania Avenue NW, #351, Washington, D.C. 20006.  At all times material hereto, WND has owned and operated the website located at the URL www.wnd.com.

Background

A.      Philpot's Ownership of the Photograph

7.      Philpot created the Photograph, a copy of which is attached as Exhibit A.

8.      Philpot is the author of the Photograph, and has, at all times been the sole owner of all right, title, and interest in the Copyright.

9.      Philpot registered the Copyright, in a collection of photographic works, with the United States Copyright Office.  On or about August 21, 2013, Philpot received for these works United States Copyright Registration Number VAu 1-164-624, which is valid and enforceable. A true and correct copy of the certificate of registration is attached as Exhibit B.

B.      WND's Infringing Activities

10.     Upon information and belief, on or about July 17, 2015, an employee of WND (i) made a copy of the Photograph on a computer, (ii) uploaded the Photograph to the URL http://www.wnd.com/files/2015/07/Petty.png (the "Photograph URL), and (iii) published an article entitled *ROCKER TOM PETTY SORRY FOR USING CONFEDERATE FLAG* at the URL

http://www.wnd.com/2015/07/rocker-tom-petty-sorry-for-using-confederate-flag/ (the "Article")

that displayed the Photograph URL.  A true copy of the Photograph with the Article is attached

as Exhibit C.  Upon information and belief, WND's purpose in using the Photograph in this

manner was to improve the quality of the website, and encourage users to click on WND's

content and ads, generating advertising revenue for WND.

11.     Upon information and belief, at all relevant times, WND has been the registrant

for the domain name wnd.com, and has owned and controlled the server for the domain name

wnd.com.

12.     Upon information and belief, WND never licensed the Photograph from Philpot,

or had Philpot's permission to copy or display the Photograph.

13.     WND did not credit Philpot as the author of the Photograph.

A CLAIM FOR RELIEF
(Infringement of the Copyright – 17 U.S.C. §§ 106, 501)

14.     Philpot incorporates by reference each allegation contained in Paragraphs 1

through 13 above.

15.     Philpot owns the Copyright and the copyright registration for it, which are both

valid and enforceable.

16.     WND infringed Philpot's Copyright in at least the following ways.

A.     Liability for Reproduction under 17 U.S.C. § 106(1)

17.     WND infringed the Copyright by reproducing the Photograph on a hard drive and

on the server at Photograph URL and/or in the Article in violation of 17 U.S.C. § 106(1).

B.     Liability for Public Display under 17 U.S.C. § 106(5)

18.     WND infringed the Copyright by publicly displaying the Photograph on the

Internet at the Photograph URL and/or in the Article in violation of 17 U.S.C. § 106(5).

19.     Upon information and belief, the foregoing acts of infringement by WND were willful and/or in reckless disregard of Philpot's rights.

20.     As a direct result of WND's infringement of the Copyright, Philpot is entitled, pursuant to 17 U.S.C. § 504(b), to his damages and/or WND's profits from the infringement.

21.     Alternatively, Philpot is entitled to statutory damages pursuant to 17 U.S.C. § 504(c) of up to $150,000 for the willful infringement of the Copyright.

PRAYER FOR RELIEF

WHEREFORE, Philpot respectfully requests judgment as follows:

A.      That WND be adjudged to have infringed upon Philpot's copyright in the Photograph in violation of 17 U.S.C § 106;

B.      That Philpot be awarded the greater of (a) Philpot's actual damages and/or WND's profits attributable to its infringement of Philpot's copyright, or (b) alternatively, statutory damages of up to $150,000 per work, pursuant to 17 U.S.C. § 504, the precise amount to be determined by the trier of fact in this action;

C.      That Philpot be awarded his costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505; and

D.      That Philpot be granted such other and further relief as the Court may deem just and proper.

Demand For Jury Trial

Philpot hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).

Dated:  Washington, D.C.
        July 25, 2017

                                        RIEBLING IP, PLLC

                                        By: */s/ Peter J. Riebling*
                                        (D.C. Bar. No. 443250)
                                        1717 Pennsylvania Avenue, N.W.
                                        Suite 1025
                                        Washington, D.C. 20006-3591
                                        Telephone: (202) 631-2021
                                        peter.riebling@rieblinglaw.com

                                        Attorneys for Plaintiff,
                                        Larry Philpot

DUNNEGAN & SCILEPPI LLC
350 Fifth Avenue
New York, New York 10118,

        Of Counsel.